GIA N. MARINA, ESQ.
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
*Attorney for Defendant*
*National Consumer Telecom & Utilities*
*Exchange, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CESAR MORALES, | ) |
| | ) Case No. 2:26-cv-00076-JCM-NJK |
| Plaintiff, | ) |
| | ) |
| vs. | ) **JOINT MOTION FOR EXTENSION OF** |
| | ) **TIME FOR DEFENDANT NATIONAL** |
| EQUIFAX INFORMATION SERVICES LLC; | ) **CONSUMER TELECOM & UTILITIES** |
| NATIONAL CONSUMER TELECOM & | ) **EXCHANGE, INC. TO FILE ANSWER** |
| UTILITIES EXCHANGE, INC.; CLARITY | ) |
| SERVICES, INC.; RICHLAND HOLDINGS, | ) **FIRST REQUEST** |
| LNC. and L J ROSS ASSOCIATES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from February 19, 2026 through and including **March 20, 2026**.  The request was made by NCTUE so that it can have an opportunity to

///

///

///

///

collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 19th day of February 2026.


CLARK HILL PLLC

By: /s/*Gia N. Marina*
Gia N. Marina, Esq
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

<u>**No opposition**</u>
 /s/ *Gerardo Avalos*
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
FREEDOM LAW GROUP
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com

*Attorneys for Plaintiff*


IT IS SO ORDERED:


_____
United States Magistrate Judge

DATED:  February 20, 2025

- 2 -