# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Cesar Morales, | Case No.: 2:26-cv-00076 |
| Plaintiff, | **Order Granting** |
| v. | **Unopposed Motion for Extension of Time to File Dismissal Documents** |
| Equifax Information Services LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.; Richland Holdings, Inc. and L J Ross Associates, Inc., | |
| Defendants. | |

The dispute between Cesar Morales ("Plaintiff") and Equifax Information Services LLC ("Defendant") (together as the "Parties") has been resolved.

On April 22, 2026, Plaintiff filed a Notice of Settlement and requested 60 days to file dismissal documents. ECF No. 24.

Accordingly, Plaintiff, by and through counsel, hereby submits this Unopposed Motion for Extension of Time to File Dismissal Documents.

The parties have reached settlement terms, and the settlement agreement is

- 1 -

awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

Plaintiff requests, and Defendant does not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **July 22, 2026**, to file dismissal documents.

Dated: June 22, 2026.

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Cesar Morales*

IT IS SO ORDERED:

_____
Nancy J. Koppe
United States Magistrate Judge

DATED: June 23, 2026

_____

- 2 -